SAMUEL COY, Respondent, *v.* JOHN J. HART. Appellant.

(Submitted April 25, 1887; decided May 10, 1887 )

*Francis E. Hamilton* for appellant.

*D. P. Lester* for respondent

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.